**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6228**

_____

JAMES EDWARD DAWKINS,

                              Petitioner - Appellant,

          versus

STEPHEN DEWALT, Warden,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-02-10-5-BO)

_____

Submitted: May 16, 2002          Decided: May 23, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Edward Dawkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Dawkins appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dawkins v. Dewalt, No. CA-02-10-5-BO (E.D.N.C. Jan. 22, 2002). We deny Dawkins' motion for the appointment of counsel at Government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED